NUMBER 13-01-660-CV

COURT OF APPEALS

THIRTEENTH DISTRICT OF TEXAS

CORPUS CHRISTI

____________________________________________________________________


THE CITY OF CORPUS CHRISTI AND 

MIKE DELGADO, IN HIS OFFICIAL CAPACITY , Appellants,


v.


TERRI BATEN , Appellee.

____________________________________________________________________


On appeal from the 94th District Court

of Nueces County, Texas.

____________________________________________________________________


O P I N I O N


Before Chief Justice Valdez and Justices Hinojosa and Rodriguez

Opinion Per Curiam



Appellants, THE CITY OF CORPUS CHRISTI AND MIKE DELGADO, IN HIS OFFICIAL CAPACITY , perfected an
appeal from a judgment entered by the 94th District Court of Nueces County, Texas, in cause number 99-361-C . After the
record and briefs were filed and after the cause was set for submission and oral argument, the parties filed a joint motion to
dismiss the appeal. In the motion, the parties state that this case has been compromised and settled. The parties request
that this Court dismiss the appeal.

The Court, having considered the documents on file and the joint motion to dismiss the appeal, is of the opinion that the
motion should be granted. The joint motion to dismiss is granted, and the appeal is hereby DISMISSED.

PER CURIAM

Do not publish.

Tex. R. App. P. 47.3.

Opinion delivered and filed this

the 13th day of December, 2001 .